**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| **KEYCORP, LLC,** § | |
| § | |
| **Plaintiff,** § | |
| § | |
| v. § | |
| § | **CIVIL ACTION NO. 3:16-cv-2930** |
| **GIGI'S HOLDINGS, LLC AND GIGI'S** § | |
| **FRANCHISING, LLC n/k/a A&G** § | |
| **FRANCHISING, LLC,** § | |
| § | |
| **Defendants.** § | |

## NOTICE OF DISMISSAL

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff KeyCorp, LLC ("Plaintiff") files this Notice of Dismissal and respectfully requests that the above-captioned lawsuit be dismissed without prejudice. Plaintiff filed its Original Complaint on October 18, 2016. None of the defendants have been served, and none of the defendants have served or filed an answer or motion for summary judgment. *See* FED. R. CIV. P. 41(a)(1)(A). Plaintiff files this notice of dismissal with the intention of dismissing the case under Rule 41(a)(1)(A)(i) without prejudice to refiling.

Respectfully submitted,

*/s/ C. Scott Jones*

**C. Scott Jones**
  State Bar No. 24012922
  sjones@lockelord.com
**Alexandra A. LoCasto**
  State Bar No. 24087938
  alocasto@lockelord.com
**LOCKE LORD LLP**
2200 Ross Avenue, Suite 2800
Dallas, Texas 75201-6776
(214) 740-8000 (telephone)
(214) 740-8800 (facsimile)

**ATTORNEYS FOR PLAINTIFF KEYCORP, LLC**